JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MADRIZ,<br><br>    Plaintiff,<br><br>v.<br><br>WILSON BAUGH JR., D.D.S., et al.,<br><br>    Defendants. | Case No. ED CV 20-01487 AB (SHKx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT has been advised that this action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: November 19, 2020 

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.